# United States District Court
# For The Western District of North Carolina
# Charlotte Division

VERNON L. QUINN

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                              3:05CV81

JIM PENDERGRAPH

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2005 Order.

FRANK G. JOHNS, CLERK

June 10, 2005

BY: *T. Evans*

Tammy M. Evans, Deputy Clerk